# Exhibit "A"

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**PAULA WHITE MINISTRIES,**

    **Plaintiff,**

**v.**                 **Case No:   6:14-cv-497-Orl-31DAB**

**SHIRLEY JN JOHNSON,**

    **Defendant.**

_____

### ORDER

  Upon consideration of Plaintiff's Second Motion to Dismiss with Prejudice (Doc. 37) and Defendant's Response in opposition (Doc. 38), it is

  **ORDERED** that said Motion is GRANTED, and Plaintiff's Complaint is hereby DISMISSED with prejudice.   This dismissal constitutes *res judicata* as to Plaintiff's claims against Defendant in this case.   If Defendant wishes to pursue affirmative relief against Plaintiff for malicious prosecution, she may do so by filing a separate complaint.   The Clerk is directed to close the case.

  **DONE and ORDERED** in Chambers, Orlando, Florida on January 21, 2015.



                    GREGORY A. PRESNELL
                UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party

# EXhibit "B"-1

# N1100000 8180

(Requestor's Name)

(Address)

(Address)

(City/State/Zip/Phone #)

☐ PICK-UP   ☐ WAIT   ☐ MAIL

(Business Entity Name)

(Document Number)

Certified Copies _____   Certificates of Status _____

Special Instructions to Filing Officer:

Office Use Only



400240474884

10/15/12--01024--022  ##35.00



OCT 16 2012

C. MUSTAIN

# Exhibit "B"-2

## COVER LETTER

**TO:** Amendment Section
Division of Corporations

**NAME OF CORPORATION:** PAULA MICHELLE MINISTRIES, INC.

**DOCUMENT NUMBER:** N11000008180

The enclosed *Articles of Amendment* and fee are submitted for filing.

Please return all correspondence concerning this matter to the following:

Dan Beirute

*(Name of Contact Person)*

LAW OFFICE OF DAN BEIRUTE

*(Firm/ Company)*

9175 S. Yale Ave., Ste. 280A

*(Address)*

Tulsa, OK 74137

*(City/ State and Zip Code)*

dan@uschurchlaw.com

*(E-mail address: (to be used for future annual report notification)*

For further information concerning this matter, please call:

Dan Beirute _____ at ( 918 ) 392-1956

*(Name of Contact Person)*     *(Area Code & Daytime Telephone Number)*

Enclosed is a check for the following amount made payable to the Florida Department of State:

☑ $35 Filing Fee    ☐ $43.75 Filing Fee &    ☐ $43.75 Filing Fee &    ☐ $52.50 Filing Fee
           Certificate of Status    Certified Copy         Certificate of Status
                              (Additional copy is    Certified Copy
                              enclosed)            (Additional Copy is
                                                  Enclosed)

| Mailing Address | Street Address |
|---|---|
| Amendment Section | Amendment Section |
| Division of Corporations | Division of Corporations |
| P.O. Box 6327 | Clifton Building |
| Tallahassee, FL 32314 | 2661 Executive Center Circle |
| | Tallahassee, FL 32301 |

# Exhibit "B"-3

**Articles of Amendment**
**to**
**Articles of Incorporation**
**of**

## Paula Michelle Ministries, Inc.

(Name of Corporation as currently filed with the Florida Dept. of State)

## N11000008180

(Document Number of Corporation (if known))

Pursuant to the provisions of section 617.1006, Florida Statutes, this *Florida Not For Profit Corporation* adopts the following amendment(s) to its Articles of Incorporation:

**A.  If amending name, enter the new name of the corporation:**

**N/A**

_____ *The new name must be distinguishable and contain the word "corporation" or "incorporated" or the abbreviation "Corp." or "Inc." "Company" or "Co." may not be used in the name.*

**B.  Enter new principal office address, if applicable:**
(Principal office address *MUST BE A STREET ADDRESS* )

**N/A**

**C.  Enter new mailing address, if applicable:**
(Mailing address *MAY BE A POST OFFICE BOX*)

**N/A**

**D.  If amending the registered agent and/or registered office address in Florida, enter the name of the new registered agent and/or the new registered office address:**

*Name of New Registered Agent:*    **N/A**

_____

*New Registered Office Address:*

_____
(Florida street address)

_____, Florida _____
(City)                                         (Zip Code)

**New Registered Agent's Signature, if changing Registered Agent:**
*I hereby accept the appointment as registered agent.   I am familiar with and accept the obligations of the position.*

_____
*Signature of New Registered Agent, if changing*

**Page 1 of 4**

# EXhibit "B"-4

If amending the Officers and/or Directors, enter the title and name of each officer/director being removed and title, name, and address of each Officer or Director being added:   **N/A**
*(Attach additional sheets, if necessary)*
*Please note the officer/director title by the first letter of the office title:*
*P = President; V= Vice President; T= Treasurer; S= Secretary; D= Director; TR= Trustee; C = Chairman or Clerk; CEO = Chief Executive Officer; CFO = Chief Financial Officer. If an officer/director holds more than one title, list the first letter of each office held. President, Treasurer, Director would be PTD.*

*Changes should be noted in the following manner. Currently John Doe is listed as the PST and Mike Jones is listed as the V. There is a change, Mike Jones leaves the corporation, Sally Smith is named the V and S. These should be noted as John Doe, PT as a Change, Mike Jones, V as Remove, and Sally Smith, SV as an Add.*

**Example:**

| | | |
|---|---|---|
| X Change | PT | John Doe |
| X Remove | V | Mike Jones |
| X Add | SV | Sally Smith |

| Type of Action (Check One) | Title | Name | Address |
|---|---|---|---|
| 1) ____ Change | _____ | _____ | _____ |
| ____ Add | | | _____ |
| ____ Remove | | | _____ |
| 2) ____ Change | _____ | _____ | _____ |
| ____ Add | | | _____ |
| ____ Remove | | | _____ |
| 3) ____ Change | _____ | _____ | _____ |
| ____ Add | | | _____ |
| ____ Remove | | | _____ |
| 4) ____ Change | _____ | _____ | _____ |
| ____ Add | | | _____ |
| ____ Remove | | | _____ |
| 5) ____ Change | _____ | _____ | _____ |
| ____ Add | | | _____ |
| ____ Remove | | | _____ |
| 6) ____ Change | _____ | _____ | _____ |
| ____ Add | | | _____ |
| ____ Remove | | | _____ |

# Exhibit "B"-5

**E. If amending or adding additional Articles, enter change(s) here:**
   *(attach additional sheets, if necessary).    (Be specific)*

## Article IX is amended in its entirety, to read as follows:

Upon the dissolution of the corporation, the assets of the corporation shall be distributed to New Destiny Christian Center Church, Inc. ("NDCC"), of Apopka, Florida.    However, if upon the corporation's dissolution, NDCC no longer exists or no longer qualifies as exempt from federal income taxes pursuant to section 501(c)(3) of the Internal Revenue Code, the assets of the corporation shall be distributed for one or more exempt purposes within the meaning of section 501(c)(3) of the Internal Revenue Code, or the corresponding section of any future federal tax code, or shall be distributed to the federal government, or to a state or local government, for a public purpose. Any such assets not so disposed of shall be disposed of by a Court of Competent Jurisdiction of the county in which the principal office of the corporation is then located, exclusively for such purposes or to such organization or organizations, as said Court shall determine, which are organized and operated exclusively for such purposes.

# Exhibit "B"-6

The date of each amendment(s) adoption: **July 12, 2012**

Effective date if applicable: **July 12, 2012**

*(no more than 90 days after amendment file date)*

Adoption of Amendment(s)          (CHECK ONE)

☐  The amendment(s) was/were adopted by the members and the number of votes cast for the amendment(s) was/were sufficient for approval.

☑  There are no members or members entitled to vote on the amendment(s).  The amendment(s) was/were adopted by the board of directors.

Dated   **7/26/12**

Signature _____

(By the chairman or vice chairman of the board, president or other officer-if directors have not been selected, by an incorporator – if in the hands of a receiver, trustee, or other court appointed fiduciary by that fiduciary)

**Brad Knight**

(Typed or printed name of person signing)

**Vice-President**

(Title of person signing)

Exhibit "C"-1

# N11000008180



---

(Requestor's Name)

---

(Address)

---

(Address)

---

(City/State/Zip/Phone #)

☐ PICK-UP    ☐ WAIT    ☐ MAIL

---

(Business Entity Name)

---

(Document Number)

Certified Copies _____    Certificates of Status _____

Special Instructions to Filing Officer:

Office Use Only

**900262741019**

08/11/14--01042--016   **#35.00

FILED
14 AUG 11 AM 10:08
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

# Exhibit "C"-2



THE LAW OFFICE OF
## DAN BEIRUTE

9175 S. Yale Ave., Suite 280 A
Tulsa, OK 74137

Phone - (918) 392-1956
Fax - (918) 392-1902



FILED
14 AUG 11 AM 10:08
SECRETARY OF STATE
TALLAHASSEE FLORIDA

August 6, 2014

Florida Secretary of State
Amendment Section
Division of Corporations
PO Box 6327
Tallahassee, FL 32314

Re:    Dissolution

Dear Secretary of State:

Please file the enclosed Articles of Dissolution for Paula Michelle Ministries, Inc. and return the filed records back to our office.  Please don't hesitate to contact me if you have any questions.

Sincerely,

Suzanne M. Endsley
Assistant to J. Daniel Beirute

# Exhibit "C"-3

## COVER LETTER

TO:  Amendment Section
      Division of Corporations

SUBJECT: **PAULA MICHELLE MINISTRIES, INC.**

DOCUMENT NUMBER: **N11000008180**

The enclosed **Articles of Dissolution** and fee are submitted for filing.

Please return all correspondence concerning this matter to the following:

**Dan Beirute**

(Name of Contact Person)

**LAW OFFICE OF DAN BEIRUTE**

(Firm/Company)

**9175 S. Yale Ave., Ste. 280A**

(Address)

**Tulsa, OK 74137**

(City/State and Zip Code)

For further information concerning this matter, please call:

**Dan Beirute**  at ( **918** )  **392-1956**

(Name of Contact Person)    (Area Code)    (Daytime Telephone Number)

Enclosed is a check for the following amount:

■ $35 Filing Fee  ❑ $43.75 Filing Fee &  ❑ $43.75 Filing Fee &  ❑ $52.50 Filing Fee,
                      Certificate of Status      Certified Copy          Certificate of Status &
                                                 (Additional copy is      Certified Copy
                                                 enclosed)                (Additional copy is
                                                                          enclosed)

**MAILING ADDRESS:**                    **STREET ADDRESS:**
Amendment Section                       Amendment Section
Division of Corporations                Division of Corporations
P.O. Box 6327                           Clifton Building
Tallahassee, FL 32314                   2661 Executive Center Circle
                                        Tallahassee, FL 32301

Exhibit "C"-4

## ARTICLES OF DISSOLUTION

Pursuant to section 617.1403, Florida Statutes, this Florida not for profit corporation submits the following Articles of Dissolution:

FIRST:    The name of the corporation as currently filed with the Florida Department of State:

**PAULA MICHELLE MINISTRIES, INC.**

SECOND:    The document number of the corporation (if known): N11000008180

THIRD:    Adoption of Dissolution
**(COMPLETE SECTION I OR II)**

**SECTION I**
**If the corporation has members entitled to vote:**

**(CHECK/COMPLETE ONE)**
☑ The date of meeting of members at which the resolution to dissolve was adopted

**April 14, 2014**
_____. The number of votes cast by the members was sufficient for approval.

☐ The resolution was adopted by written consent of the members and executed in accordance with section 617.0701, Florida Statutes.

**SECTION II**
**If the corporation has no members or members entitled to vote on the dissolution:**

The corporation has no members or members entitled to vote on the dissolution.

The date of adoption of the resolution by the board of directors was _____.

The number of directors in office was _____ and the vote for resolution was _____ for and _____ against. (Must be a majority vote)

FOURTH    Effective date of dissolution, if applicable: **filing date** _____
                                                        (no more than 90 days after dissolution file date)

Signature: _____
(By the chairman or vice chairman of the board, president or other officer- if directors have not been selected, by an incorporator- if in the hands of a receiver, trustee, or other court appointed fiduciary, by that fiduciary)

**Brad Knight**
_____
(Typed or printed name of person signing)

**Vice-President**
_____
(Title of person signing)

Filing Fee: $35

# Εχhibit "D"-1

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

### CASE NO.   6:14-cv-497-Orl-31 DAB

PAULA WHITE MINISTRIES

    Plaintiff,

v.

SHIRLEY JN JOHNSON

    Defendant.

_____/

2014 MAR 27 AM 9: 16    FILED

      Paula White Ministries, by and through its undersigned counsel, for its Complaint against Defendant Shirley Jn Johnson states and alleges as follows:

### INTRODUCTION

1. Plaintiff, Paula White Ministries, is a global ministry in both vision and reach. Utilizing the Internet, Television, Radio, Literature, and Public Speaking as its primary vehicles of communication. It is guided by the God-inspired vision of Paula White who founded it with a strong desire to see lives transformed for the better through relationship with God.

2. Defendant operates a You Tube channel "theremnantsjnj" and a web-site known as http://www.theremnantsjnj.com/ (collectively referred to herein as the "Websites") and without permission or authorization from Plaintiff copied, modified, and displayed Plaintiff's photograph(s) and videos on the Websites and engaged in the misconduct knowingly in violation of the United States copyright laws.

# Exhibit "D"-2

## JURISDICTION AND VENUE

3. This Court has subject matter jurisdiction over the federal copyright infringement claims pursuant to 28 U.S.C. §1338(a) and 28 U.S.C. § 1331.  The Court has supplemental jurisdiction over the claims arising under state law pursuant to 28 U.S.C. §1367(a) in that the state claims are so related to the claims over which the court has original jurisdiction that they form part of the same case or controversy.  Additionally this court has subject matter jurisdiction over all of the videos, inclusive of the unregistered images.  (*See e.g. Perfect 10, Inc. v. Amazon.com, Inc.*, 508 F.3d 1146, 1154 [9th Cir. 2007]; *Olan Mills, Inc. v. Linn Photo Co.*, 23 F.3d 1345, 1349 [8th Cir 1994]; *Pac. & S. Co., Inc., v. Duncan*, 744 F.2d 1490, 1499 n. 17 [11th Cir 1984].

4. This court has jurisdiction over the Defendant because she purposely directs substantial activities at the residents of Florida by means of the website described herein.  This court also has personal jurisdiction over the Defendant under the applicable long-arm jurisdiction statutes of Florida.   *See e.g. Internet Solutions Corporation v. Marshall*, 39 So. 3d 1201 (Fla. 2010).

5. Venue is proper under 28 U.S.C. §1391(a)(2) because Paula White Ministries does business in this Judicial District, and/or because a substantial part of the events or omissions giving rise to the claim occurred in this Judicial District.

## PARTIES

6. Paula White Ministries maintains its principal place of business in Orange County, Florida.

7. Shirley Jn Johnson is an individual over the age of 18 and is liable and responsible to Plaintiff based upon the facts herein alleged.

Exhibit "D"-3

## FACTUAL ALLEGATIONS

8. Plaintiff is the legal and beneficial owner of a multitude of photographs and videos and has invested significant time and money in building its video portfolios.

9. Plaintiff has obtained several active and valid copyright registrations with the United States Copyright Office (the "USCO"), which registrations cover many of its videos and many others are the subject of pending copyright applications.

10. Plaintiff's photographs and videos are original, creative works in which Plaintiff owns protectable copyright interest.

11. Defendant is the registered owner of the Websites and is responsible for its content.

12. The Websites are monetized in that they contain paid advertisement and/or sell merchandise to the public and, on information and belief, Defendant profits from these activities.

13. Without permission or authorization from Plaintiff, Defendant copied, modified, and/or displayed Plaintiff rights protected videos (hereinafter collectively referred to as "Videos"), as set forth in Exhibit "1" which is annexed hereto and incorporated in its entirety herein, on the Websites.

14. On information and belief the videos were copied without license or permission, thereby infringing on the Copyrights (hereinafter collectively referred to as the "Infringement(s)").

15. As is set forth more fully in Exhibit 1, each listed infringement contains the URL ("Uniform Resource Locator") for a fixed tangible medium of expression that was sufficiently permanent or stable to permit it to be communicated for a period of more

# Exhibit "D"-4

than transitory duration and constitutes a specific item of infringement. (*See 17 U.S.C. §106(5); Perfect 10, Inc. v. Amazon.com, Inc.*, 508 F.3d 1146, 1160 [9th Cir. 2007]).

16. On information and belief, Defendant was aware of facts or circumstances from which the determination regarding the Infringement was apparent. Based on the totality of the circumstances, Defendant cannot claim that she was not aware of the infringing activities, including specific Infringements, which form the basis of this Complaint, on the Website since such a claim would amount only willful blindness to the Infringement on the part of the Defendant.

17. On information and belief, Defendant engaged in the Infringement knowing and in violation of applicable United States Copyright Laws.

18. Additionally, on information and belief, Defendant, with "red flag" knowledge of the Infringement, failed to promptly remove same. (*See 17 U.S.C. §512(c)(1)(A)(i)*).

19. On information and belief, Defendant has received a financial benefit directly attributable to the Infringement. Specifically, by way of the Infringement, the Websites had increased traffic. (*See 17 U.S.C. §512(c)(1)(B)*).

20. As a result of Defendant's misconduct, Plaintiff has been substantially harmed.

## FIRST COUNT
### (Direct Copyright Infringement, 17 U.S.C. §501 et seq)

21. Plaintiff repeats and incorporates by reference the allegations contained in the preceding paragraphs numbered 1 – 20 as if set forth in full herein.

22. The Videos are original, creative works in which Plaintiff owns protectable copyright interests.

23. Plaintiff has not licensed Defendant the right to use the Videos in any manner, nor has Plaintiff assigned any of its exclusive rights in the Copyrights to Defendant.

# Exhibit "D"-5

24. Without permission or authorization from Plaintiff and in willful violation of its rights under 17 U.S.C. 106, Defendant improperly and illegally copied, reproduced, distributed, adapted, and/or publically displayed works copyrighted by Plaintiff.

25. Defendant's reproduction of the Videos and display of the Videos on the Website constitutes willful copyright infringement.

26. On information and belief, thousands of people have viewed the unlawful copies of the Videos on the Website.

27. On information and belief, Defendant had knowledge of the copyright infringement alleged herein and had the ability to stop the reproduction and display of Plaintiff's copyrighted material.

28. As a direct and proximate result of Defendant's misconduct, Plaintiff has been substantially harmed in an amount to be proven at trial.

## SECOND COUNT
### *Contributory Copyright Infringement*

29. Plaintiff incorporates, as though fully set forth herein, each and every allegation contained in the preceding paragraphs, numbered 1 – 20, as though set forth in full herein.

30. In the event that the Videos were hyperlinked into the Website, and thereby not stored directly on the Defendant servers, Defendant is liable as contributory infringers since she had actual and/or constructive knowledge of another's infringing conduct and induced, caused and/or materially contributed to that conduct.

31. For example, Defendant has caused, enabled, facilitated and materially contributed to the infringement complained of herein by, providing the tools and instruction for infringement via her Website and has directly and indirectly promoted the infringement

Exhibit "D"-6

and refused to exercise her ability to stop the infringement made possible by their distribution.

32. Defendant's infringement is and has been willful, intentional, purposeful, and in disregard of the rights of Plaintiff, and has caused substantial damage to Plaintiff.

33. As a direct and proximate result of Defendant's misconduct, Plaintiff has been substantially harmed in an amount to be proven at trial.

### THIRD COUNT
*Inducement of Copyright Infringement*

34. Plaintiff incorporates, as though fully set forth herein, each and every allegation contained in the preceding paragraphs, numbered 1 – 20, as though set forth in full herein.

35. Defendant has induced and continued to induce infringement by, for example, providing technology on the Website to download and/or forward a copy to such social media providers such as Facebook, Instagram, and Twitter and/or failing to block or diminish access to infringing material even though there are technological means to do so that are known to the Defendant.

36. Defendant's infringement is and has been willful, intentional, purposeful and in disregard of the rights of Plaintiff, and has caused substantial damage to Plaintiff.

37. As a direct and proximate result of Defendant's infringement, Plaintiff has been substantially harmed in an amount to be proven at trial.

Exhibit "D"-7

### THIRD COUNT
*Injunction Pursuant to 17 U.S.C. §502*

38. Plaintiff incorporates, as though fully set forth herein, each and every allegation

contained in the preceding paragraphs, numbered 1 – 20, as though set forth in full

herein.

39. Plaintiff requests a permanent injunction pursuant to 17 U.S.C. §502(a) prohibiting

Defendant from displaying the Infringements.

### FOURTH COUNT
*Attorney Fees and Costs Pursuant to 17 U.S.C. §505*

40. Plaintiff incorporates, as though fully set forth herein, each and every allegation

contained in the preceding paragraphs, numbered 1 – 20, as though set forth in full

herein.

41. Plaintiff requests, pursuant to 17 U.S.C. §505, its attorney fees and costs for the

prosecution of this action.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests judgment as follows:

1. That the Court enter a judgment finding that Defendant has infringed directly,

contributory and/or vicariously as well has induced others to violate Plaintiff's rights to the

Infringements in violation of 17 U.S.C. §501 *et seq* and award damages and monetary relief as

follows:

    a.    Statutory damages against Defendant pursuant to 17 U.S.C. §504(c) of $150,000

per infringement or in the alternative Plaintiff's actual damages and the disgorgement of

Defendant's wrongful profits in an amount to be proven at trial; and

    b.    A permanent injunction against Defendant pursuant to 17 U.S.C. §502; and

Exhibit "D" - 8

    c.      Plaintiff's attorney's fees pursuant to 17 U.S.C. §505; and

    d.      Plaintiff's costs; and

2.  Such other relief that the Court determines is just and proper.

Dated March 25, 2014

                                 By:    /s/ Thomas A. Sadaka
                                            Thomas A. Sadaka
                                          Fla. Bar No. 0915890
                                          tom@nejamelaw.com
                                          NeJame Law
                                          189 S. Orange Avenue, Suite 1800
                                          Orlando, FL  32801
                                          Phone:  407-245-1232
                                          Fax:  407-245-2980