**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

SHIRLEY JN JOHNSON,

      Plaintiff,

v.                                    Case No. 6:15-cv-1698-Orl-37GJK

NEW DESTINY CHRISTIAN CENTER
CHUCH, INC.; PAULA MICHELLE
MINISTRIES, INC.; PAULA MICHELLE
WHITE; and RESURRECTION LIFE
THC, INC.,

      Defendants.

**ORDER**

This cause is before the Court on Defendants' Motion to Stay Defendants' Compliance with Magistrate's November 22, 2016 Order Pending Review by District Court (Doc. 104), filed November 30, 2016.

On August 19, 2016, U.S. Magistrate Judge Gregory J. Kelly issued an omnibus Order: (1) granting several of Plaintiff's requests to compel discovery; and (2) denying Defendants' motion for a protective order and confidentiality agreement. (Doc. 78.) Defendants subsequently moved for reconsideration. (Doc. 83 ("**Motion for Reconsideration**").) On November 22, 2016, Magistrate Judge Kelly issued an Order partially granting the Motion for Reconsideration and directing Defendants to respond to Plaintiff's discovery requests by specified deadlines. (Doc. 103 ("**Reconsideration Order**").)

Still dissatisfied, Defendants represent that they intend to file objections to the Reconsideration Order on or before December 6, 2016. (*See* Doc. 104.) As such,

Defendants move to stay their obligation to comply with the Reconsideration Order until the Undersigned has resolved their objections thereto ("**Motion to Stay**"). (*Id.*)

Upon consideration, the Court finds that the Motion to Stay is due to be granted. Defendants are relieved of their obligation to comply with the Reconsideration Order pending the Court's resolution of their forthcoming objections.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that Defendants' Motion to Stay Defendants' Compliance with Magistrate's November 22, 2016 Order Pending Review by District Court (Doc. 104) is **GRANTED**.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on December 6, 2016.

ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record