UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SHIRLEY JN JOHNSON,

    Plaintiff,

v.                                            Case No. 6:15-cv-1698-Orl-37GJK

NEW DESTINY CHRISTIAN CENTER
CHURCH, INC.; PAULA MICHELLE
MINISTRIES, INC.; PAULA MICHELLE
WHITE; and RESURRECTION LIFE
THC, INC.,

    Defendants.

## ORDER

On March 23, 2017, the Undersigned issued an Order finding Defendants in contempt based on their noncompliance with the Court's prior discovery orders. (Doc. 131 ("**March 23, 2017 Order**").) In the March 23, 2017 Order, the Court directed Defendants to either comply with such discovery orders or notify the Court as to how they intend to proceed. (*Id.* at 24.) Defendants timely responded, indicating their intent "to exhaust their appellate rights and seek mandamus review of the contested discovery orders." (Doc. 132, p. 2.)

Based on Defendants' representations, this action will be stayed while their petition is pending. Beginning **March 23, 2017**, the Court has imposed a $100.00 daily fine for each day that Defendants fail to comply with the contested discovery orders. (Doc. 131, pp. 21–23.) Should the Eleventh Circuit render a decision affirming the Court's

orders, Defendants will be required to pay the sum of this fine to Plaintiff. As previously indicated, Defendants may purge this sanction by complying with Court's discovery orders. (Doc. 131, p. 22 n.15.)

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. This action is **STAYED** until the resolution of Defendant's mandamus petition.

2. Defendants are **DIRECTED** to:

    a. Notify the Court once their petition is filed;

    b. Provide a status report to the Court on Monday, **July 3, 2017**, and every ninety (90) days thereafter; and

    c. Immediately notify the Court upon conclusion of the appellate proceeding.

3. The Clerk is **DIRECTED** to **ADMINISTRATIVELY CLOSE** the file until further Order pending resolution of the appeal.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on April 4, 2017.

ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record