UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SHIRLEY JN JOHNSON,

     Plaintiff,

v.                                    Case No. 6:15-cv-1698-Orl-37GJK

NEW DESTINY CHRISTIAN CENTER
CHURCH, INC.; PAULA MICHELLE
MINISTIRES, INC.; PAULA MICHELLE
WHITE; and RESURRECTION LIFE
THC, INC.,

     Defendants.

_____

## ORDER

In August and November of 2016, U.S. Magistrate Judge Gregory J. Kelly issued

two discovery orders compelling Defendants to produce certain information sought by

Plaintiff. (Docs. 78, 103 ("**Discovery Rulings**").) Citing the confidential nature of such

information, Defendants twice appealed the Discovery Rulings—first to the Undersigned

to no avail and then to the U.S. Court of Appeals for the Eleventh Circuit via petition for

writ of mandamus. (*See* Docs. 106, 115, 132, 136.) In the interim, the Undersigned:

(1) found Defendants in contempt of Court due to their continued non-compliance with

the Discovery Rulings; (2) fined Defendants $100 a day beginning **March 23, 2017**; and

(3) stayed this action during the pendency of the mandamus petition. (Docs. 131, 133.) On

May 4, 2017, the Eleventh Circuit denied Defendants' mandamus petition (Doc. 137), and

it is now time to pay the piper.

To date, Defendants have incurred a $4,600 contempt fine. Defendants must pay this fine to Plaintiff on or before Friday, **May 12, 2017**. Such fine will continue to accumulate until Defendants produce the information as ordered in the magistrate's Discovery Rulings.

In addition, because Defendants essentially halted this action two-and-half months prior to the close of discovery (*see* Docs. 106, 107), the Court will issue an amended Case Management and Scheduling Order resetting the deadlines back to that point in time.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Court's stay—issued April 4, 2017, (Doc. 133)—is **LIFTED**.

2. The Clerk is **DIRECTED** to **REOPEN** this action.

3. On or before Friday, **May 12, 2017**, Defendants are **DIRECTED** to pay Plaintiff a contempt fine in the amount $4,600 and immediately provide certification to the Court of the same.

4. Defendants are **DIRECTED** to immediately produce the information compelled in the Discovery Rulings. Their contempt fine will continue to accumulate until such information is produced.

5. Plaintiff is **PROHIBITED** from disclosing this information to any person or entity other than expert witnesses or subsequently retained counsel as necessary for the prosecution of this action. Violation of this directive **will** result in contempt sanctions.

6. The discovery deadline and all subsequent deadlines will be **RESET**,

beginning two-and-a-half months from today. An amended Case Management Scheduling Order will be entered by separate order.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on May 8, 2017.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record