UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SHIRLEY JN JOHNSON,

    Plaintiff,

v.                                                      Case No. 6:15-cv-1698-Orl-37GJK

NEW DESTINY CHRISTIAN CENTER
CHURCH, INC.; PAULA MICHELLE
MINISTRIES, INC.; PAULA MICHELLE
WHITE; and RESURRECTION LIFE
THC, INC.,

    Defendants.

## ORDER

Due to their refusal to produce certain discovery as ordered, the Court previously found Defendants in contempt and imposed a $100 daily fine as a sanction ("**Daily Fine**"). (Doc. 131 ("**Contempt Order**").) Following Defendants' unsuccessful appeal of the Contempt Order and underlying discovery orders (*see* Doc. 137), the Court directed Defendant to: (1) pay Plaintiff a contempt fine in the amount of $4,600; and (2) immediately produce the contested discovery (Doc. 138 ("**May 8 Order**")). The May 8 Order also warned Defendants that the Daily Fine would continue to accumulate until they produced such discovery. (*Id.* at 2.)

Defendants timely paid the fine and provided certification of payment to the Court. (Doc. 142.) But when the Court inquired about the status of the discovery more than two weeks later (Doc. 144), it discovered that Defendants had still not produced it

-1-

(*see* Doc. 145). Indeed, Defendants did not provide the discovery to Plaintiff until May 30, 2017 (Doc. 146), and only after the Court issued *another* Order directing Defendants to produce it—this time by a date certain (Doc. 144).

Obviously impervious to the financial sting of $100.00 per day, Defendants' nonchalant noncompliance with the May 8 Order has cost them an additional $2,200 fine—the sum of the Daily Fine that accrued from the date of the May 8 Order through May 30, 2017. Accordingly, on or before Monday, **June 5, 2017**, Defendants are **DIRECTED** to pay Plaintiff an additional contempt fine in the amount of $2,200 and file certification of such payment the same day.

**IT IS SO ORDERED**.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on May 31, 2017.

ROY B. DALTON JR.
United States District Judge

Copies to:
*Pro Se* Party
Counsel of Record